# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

VIVIAN TATE, on behalf of herself,
all others similarly situated,

, 

Plaintiff(s)

v.

BRINDERSON CONSTRUCTORS, INC., et al.,

,

Defendant(s)

CASE No C   3:16-cv-04314 VC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation before David Rotman

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*
- ☒ other requested deadline: 120 days from the date of the order referring the case to ADR.

Date: October 18, 2016

/s/ Shaun Setareh
Attorney for Plaintiff - Shaun Setareh, Setareh Law Group

Date: October 18, 2016

/s/ Nathan R. Jaskowiak
Attorney for Defendants -Lisa M. Bertain, Nathan R. Jaskowiak
Keesal, Young & Logan

Print Form

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 10/20/16

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*